```
NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax:   (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
```

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:01-MC-00022 (JKS) |
| Plaintiff, | ) |
| vs. | ) |
| Bert Barney, | ) PLAINTIFF'S APPLICATION FOR |
| | ) <u>WRIT OF GARNISHMENT</u> |
| Defendant. | ) |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant Bert Barney; SSN: ▮▮▮▮▮▮▮▮; DOB: ▮▮▮▮▮▮▮▮; last-known address: P.O. Box 878268, Wasilla, AK 99629.

1.   Judgment in the amount of  was registered in this

district against defendant on or about August 15, 2001.

2.   Amounts which have accrued since entry of judgment are: $0.00 in post-judgment interest, $165.00 in accrued costs, and $0.00 in late-payment penalties, pursuant to 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612.

3.   Credit must be given for payments and partial satisfaction in the total amount of $19,540.47.

4.   There remains a current unpaid balance of $0.00 in criminal fines, $35,957.43 in restitution, $0.00 in special assessments, $0.00 in post-judgment interest, and $165.00 in post-judgment costs, for a total amount of $36,122.43 which is due and owing as of February 28, 2008.  No interest accrues on this debt.

5.   At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

6.   The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

7.   The name and address of the garnishee or the authorized agent for the garnishee is:

Bert Barney
3:01-MC-00022 (JKS)                     2

Coho Enterprises, Inc.
P.O. Box 146
Palmer, AK 99645

RESPECTFULLY SUBMITTED on this 29th day of February, 2008, 2006, at Anchorage, Alaska.

    NELSON P. COHEN
    UNITED STATES ATTORNEY


    s/Richard L. Pomeroy
    RICHARD L. POMEROY
    ASSISTANT U.S. ATTORNEY
    222 West 7th Avenue # 9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax:   (907) 271-2344
    E-mail: richard.pomeroy@usdoj.gov
    AK #8906031